IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUPPRESSED

UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )
                             )
vs.                          )    CRIMINAL NO. 26-30031-DWD
                             )
DEANDRE L. HIGGINS,          )    Title 18,
RONNIE D. GILMORE, Jr.       )    United States Code,
TACORY J. GRIFFIN,           )    Sections 933, 922, 924
                             )
             Defendants.     )

**FILED**

**INDICTMENT**

MAR 17 2026

**THE GRAND JURY CHARGES:**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

## COUNT 1
### TRAFFICKING IN FIREARMS

On or about September 24, 2025, in St. Clair County within the Southern District of Illinois, the defendants,

**DEANDRE L. HIGGINS, and**
**RONNIE D. GILMORE, Jr.**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, and did attempt and conspire to do so; all in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3) and 933(b).

## COUNT 2
### POSSESSION OF A FIREARM BY A FELON

On or about September 24, 2025, in St. Clair County, Illinois, within the Southern District of Illinois,

**DEANDRE L. HIGGINS,**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 3**
**FALSE STATEMENT DURING PURCHASE OF A FIREARM**

On or between January 20 and January 23, 2024, in St. Clair County, within the Southern District of Illinois,

**TACORY J. GRIFFIN,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 4**
**FALSE STATEMENT DURING PURCHASE OF A FIREARM**

On or between April 23 and April 26, 2024, in St. Clair County, within the Southern District of Illinois,

**TACORY J. GRIFFIN,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to

deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 5
#### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between May 10 and May 16, 2024, in St. Clair County, within the Southern District of Illinois,

### TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 6
#### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between May 17 and May 21, 2024, in St. Clair County, within the Southern District of Illinois,

### TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of

firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between June 3 and June 6, 2024, in St. Clair County, within the Southern District of Illinois,

### TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between August 7 and August 10, 2024, in St. Clair County, within the Southern District of Illinois,

**TACORY J. GRIFFIN,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 9
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between November 25 and November 29, 2024, in St. Clair County, within the Southern District of Illinois,

**TACORY J. GRIFFIN,**

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 10
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between January 13 and January 16, 2025, in St. Clair County, within the Southern District of Illinois,

### TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 11
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between April 15 and April 18, 2025, in St. Clair County, within the Southern District of Illinois,

### TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when

in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 12
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or between May 1 and May 4, 2025, in St. Clair County, within the Southern District of Illinois,

## TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 13
### FALSE STATEMENT DURING PURCHASE OF A FIREARM

On or about June 13, 2025, in St. Clair County, within the Southern District of Illinois,

## TACORY J. GRIFFIN,

defendant herein, in connection with the acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record,

to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE OF FIREARMS ALLEGATION

As a result of committing offenses in violation of Title 18, United States Code, Sections 933, 924(a)(2), 924(a)(8), 922(a)(6), and 922(g), specifically charged in this Indictment, the defendants,

**DEANDRE L. HIGGINS,
RONNIE D. GILMORE, Jr., and
TACORY J. GRIFFIN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in or used in any knowing violation of the offenses described in this Indictment, including but not limited, to the following:

> Glock, model 19X, 9mm pistol, bearing serial number CAYS149,
> Glock, model 17 Gen 5, 9mm pistol, bearing serial number BRVV700,
> Glock model 22 Gen 4, .40 caliber pistol, bearing serial number BFFS170, and
> Glock, model 19 Gen 5, 9mm pistol, bearing serial number BVCK367
> and any and all magazines and ammunition seized.

### A TRUE BILL

Kimberly S. Arshi
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2026.03.15 14:50:14 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: GILMORE – Detention
                  HIGGINS – Detention
                  GRIFFIN – Bond